# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| United States of America,  Plaintiff,  v.  DOTSY A. PATTERSON a/k/a DOTSY PATTERSON,  Defendant. | Case No. 12-CV-7478  Assigned Judge: _____  Designated Magistrate Judge: ARLANDER KEYS |

TO: Dotsy A Patterson
6969 West Armitage Ave.
Chicago, IL 60707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly J. Goodell
Potestivo & Associates, P.C.
223 West Jackson Blvd., Suite 610
Chicago, Illinois 60606

```
an answer to the complaint which is herewith served upon you,
within 21 days after service of this summons upon you exclusive
of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this
Court within a reasonable period of time after service.
```

_____        _____
Thomas G. Bruton, Clerk                Date


_____
(by) Deputy Clerk


THOMAS G. BRUTON, CLERK

*[signature]*

!#%&'() *$,&-.

October 22, 2012
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service-*

[ ]  Served personally upon the defendant. Place where served: _____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ]  Returned unexecuted: _____

[ ]  Other (specify): _____

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

United States District Court
Northern District of Illinois

United States of America,

        Plaintiff(s),

vs.

Dotsy A. Patterson a/k/a Dotsy Patterson,

        Defendant(s).

Case No.: 12 CV 7478

**AFFIDAVIT OF SERVICE**

I, Vince Montana, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On October 23, 2012 at 7:01 PM, I **SERVED** the within Summons and Complaint on Dotsy A. Patterson in the following manner:

**SUBSTITUTE SERVICE:** By leaving a copy of the Summons and Complaint at Dotsy A. Patterson's usual place of abode, 6969 West Armitage , Chicago, IL 60707, with his/her **husband/co-occupant, Andre Patterson**, a person of his/her family, or other person a person residing there, over the age of 13 years who was informed of the contents of the Summons and Complaint.

On October 24, 2012, a copy of the Summons and Complaint was mailed in a sealed envelope with postage fully prepaid, addressed to Dotsy A. Patterson at his/her usual place of abode, the address which service was made.

Description of person process was left with:

Sex: **Male** - Skin: **Black** - Hair: **Black** - Approx. Age: **50** - Height: **5'11"** - Weight: **225**

Comments: One story brick home with detatched garage.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

Signed and sworn to before me on this 24th day of October, 2012.

_____
NotaryPublic

X_____
Vince Montana
PERC 129-330036

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312-583-1167
License:117-00912
File:**C11-44940**

OFFICIAL SEAL
CHRISTOPHER MIRANDA
Notary Public - State of Illinois
My Commission Expires May 18, 2015



*227192*